UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NANCY RINEHART**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**AS AMERICA, INC. AND SAFETY TUBS COMPANY, LLC,**<br><br>*Defendants*. | Case No. 3:16-cv-05128-MAS-LHG<br><br><br>NOTICE OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE |

PLEASE TAKE NOTICE that Plaintiff Nancy Rinehart ("Plaintiff" or "Rinehart") moves pursuant to Local Rule 101.1(c) for an Order admitting Steven L. Woodrow and Patrick H. Peluso of Woodrow & Peluso, LLC as *pro hac vice* counsel for Plaintiff and the alleged class in the above-captioned case.

In support, the Declarations of Mr. Woodrow and Mr. Peluso are attached hereto as Exhibits A and B.  A certification from Stefan Coleman is attached hereto as Exhibit C. A proposed order is also attached as Exhibit D.

                                Respectfully Submitted,

                                **HENNA CARDENAS**, individually and on behalf of all others similarly situated,

Dated October 21, 2016            By: /s Stefan Coleman_____
                                             One of Plaintiff's Attorneys

                                             Stefan Coleman
                                             Law Offices of Stefan Coleman, LLC
                                             1072 Madison Ave, Suite 1
                                             Lakewood, NJ 08701
                                             law@stefancoleman.com
                                             (877) 333-9427

                                             Steven L. Woodrow*

Patrick H. Peluso*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Tel:   (720) 213-0675
Fax:   (303) 927-0809
Email: swoodrow@woodrowpeluso.com
ppeluso@woodrowpeluso.com

*Pro Hac Vice application to be filed

Counsel for Plaintiff and the Class

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 21, 2016, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

/s/ Stefan Coleman