## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NANCY RINEHART**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**AS AMERICA, INC. AND SAFETY TUBS COMPANY, LLC,**<br><br>*Defendants*. | Case No. 3:16-cv-05128-MAS-LHG<br><br>**DECLARATION OF STEVEN WOODROW** |

I, Steven L. Woodrow, on oath declare as follows:

1.      I am a partner with the law firm of Woodrow & Peluso, LLC. I submit this declaration in support of the motion for an Order granting my admission *pro hac vice* for Plaintiff Rinehart. I am over the age of 18 and can competently testify to the matters set forth below.

2.      I am admitted to the Bar of State of Colorado. I was admitted on May 11, 2011. Attached hereto is a Certificate of Good Standing.

3.      I am also admitted to the Bar of the State of Illinois. I was admitted on November 10, 2005. Attached hereto is a Certificate of Good Standing.

3.      No disciplinary proceedings are pending against me in any jurisdiction, and I have never been disciplined in any jurisdiction.

I hereby certify, under penalty of perjury, that the above is true and correct.

Dated October 21, 2016

By: _____
        Steven L. Woodrow

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Steven Lezell Woodrow

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this 4th day of October A.D. 2016.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

SUPREME COURT

State of Colorado.



STATE OF COLORADO, ss:

I, **Christopher T. Ryan**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Steven L. Woodrow**

has been duly licensed and admitted to practice as an

ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the _____ **11th** _____ day of _____ **May** _____ A.D. **2011** and that at the date hereof the said _____ **Steven L. Woodrow** _____ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this _____ **22nd** _____ day of _____ **September** A.D. _____ **2016**

_____ **Christopher T. Ryan** _____
Clerk

By _____
Deputy Clerk