UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NANCY RINEHART**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**AS AMERICA, INC. AND SAFETY TUBS COMPANY, LLC,**<br><br>*Defendants*. | Case No. 3:16-cv-05128-MAS-LHG<br><br>**CERTIFICATION OF STEFAN L. COLEMAN IN SUPPORT OF MOTION FOR ADMISSION OF STEFEN L. WOODROW AND PATRICK H. PELUSO PRO HAC VICE** |

I, Stefan L. Coleman, hereby certify as follows:

1. I am an attorney licensed in the State of New Jersey and am counsel for Plaintiff Rinehart in this matter.

2. I submit this certification in support of Plaintiff's motion to admit Steven L. Woodrow and Patrick H. Peluso pro hac vice to represent Plaintiff. Plaintiff has requested that Mr. Woodrow and Mr. Peluso represent her and appear on her behalf in all phases of this case.

3. I am a member in good standing of the bar of the State of New Jersey, where I was admitted to practice in June 2009. I am also admitted to practice before the United States District Court for the District of New Jersey, and I am in good standing with the Court.

4. If this motion is granted, in accordance with L. Civ. R. 101, I will sign all pleadings, briefs, and other papers filed with the Court and shall be responsible for the conduct of the litigation and for the attorneys referenced in paragraph 2 above.

5. I certify that the foregoing statements made by me are true and correct to the best of

my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

        Respectfully Submitted,

Dated October 21, 2016    By: /s Stefan Coleman_____
           One of Plaintiff's Attorneys

          Stefan Coleman