UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NANCY RINEHART**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**AS AMERICA, INC. AND SAFETY TUBS COMPANY, LLC,**<br><br>*Defendants*. | Case No. 3:16-cv-05128-MAS-LHG<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |

The Court, having considered Plaintiff's Motion for the admission *pro hac vice* of attorneys Patrick Peluso and Steven Woodrow, and being duly advised in the premises, it is hereby ORDERED as follows:

1. The Motion is GRANTED;

2. Patrick H. Peluso and Steven L. Woodrow are hereby admitted *pro hac vice* and may appear as counsel for Plaintiff;

3. Pursuant to Local Rule 101(c)(2), Mr. Peluso and Mr. Woodrow shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection within 20 days from the date of this Order if Mr. Peluso and Mr. Woodrow have not already done so in 2016;

4. Pursuant to Local Rule 101(c)(3), Mr. Peluso and Mr. Woodrow shall each make a payment of $150 upon their respective admission, payable to the Clerk of the United States District Court for the District of New Jersey;

5. Mr. Peluso and Mr. Woodrow shall be bound by Rules of this Court.

IT IS SO ORDERED

_____
Hon. Michael A. Shipp