UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NANCY RINEHART**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**AS AMERICA, INC. AND SAFETY TUBS COMPANY, LLC,**<br><br>*Defendants*. | Case No. 3:16-cv-05128-MAS-LHG<br><br>**CERTIFICATION OF FILING AND SERVICE** |

I, Stefan L. Coleman, hereby certify that on October 21, 2016 I caused a copy of the following documents to be electronically filed with the United States District Court for the District of New Jersey:

1. Notice of Motion for Pro Hac Vice Admission;

2. Certifications of Steven Woodrow and Patrick Peluso;

3. Certification of Stefan Coleman

4. Proposed Order; and

5. Certificate of Filing and Service.

I further certify that I caused a copy of these documents to be served on all counsel of record via CM/ECF.

Respectfully Submitted,

Dated October 21, 2016          By: /s Stefan Coleman_____
                                                One of Plaintiff's Attorneys

                                                Stefan Coleman