UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
MAY 31 2018
AT 8:30____
WILLIAM T. WALSH
CLERK

NANCY RINEHART, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AS AMERICA, INC. AND SAFETY TUBS COMPANY LLC,

    Defendants.

Civil Action No. 16-5128 (MAS) (LHG)

**ORDER**

This matter comes before the Court on Plaintiff's unopposed Motion for Leave from the Court's Order Requiring Named Plaintiff to Appear at Final Hearing. (ECF No. 25.) Nancy Rinehart ("Named Plaintiff") asks the Court to excuse her from attending the Final Approval Hearing, or, in the alternative, to permit an appearance by phone. (*Id.*) The Court has carefully considered the submission and decides the matter without oral argument pursuant to Local Civil Rule 78.1. Based on the Court's inherent power to control the matters on its docket, the Court's interest in receiving live testimony from the Named Plaintiff, and for other good cause shown,

IT IS on this 31st day of May 2018, **ORDERED** that:

1. Named Plaintiff's Motion is **DENIED**.

2. The Court, however, will permit Named Plaintiff to appear at the Final Approval Hearing via videoconference from the Robert V. Denney Federal Building and U.S. Courthouse located at 100 Centennial Mall N, Lincoln, Nebraska 68508.

3.     Counsel for Plaintiff shall contact Gina Hernandez, Courtroom Deputy (609-989-2009) to discuss the logistics of Named Plaintiff's videoconference appearance.

s/ Michael A. Shipp<br>
**MICHAEL A. SHIPP**<br>
**UNITED STATES DISTRICT JUDGE**